FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 5 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
         Plaintiff, )
)
   v. )   2:11-CR-198-KJD (VCF)
)
CEDRIC NELSON, )
)
         Defendant. )

## ORDER OF FORFEITURE

This Court found on August 23, 2011, that CEDRIC NELSON shall pay a criminal forfeiture money judgment of $90,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CEDRIC NELSON a criminal forfeiture money judgment in the amount of $90,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

DATED this _25th_ day of _April_, 2012.

_____
UNITED STATES DISTRICT JUDGE